(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS

140117-7335-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

PAULETTE GARNETT
   versus
CHRISTOPHER K PUGH, WAGGONERS TRUCKING INC, PROTECTIVE INSURANCE COMPANY

Case: 734-472   Div: "J"
P 1 PAULETTE GARNETT

To: WAGGONERS TRUCKING INC
(AS PER SERVICE REQUEST)
THE WAGGONERS TRUCKING, INC.
LONG ARM SERVICE
1501 SE 15th St.
Oklahoma City, OK 73129
PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/WRITTEN REQUEST FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the return of service hereof, under penalty of default.

This service was requested by attorney ALLEN H. BORNE JR and was issued by the Clerk of Court on the 17th day of January, 2014.

/s/ Aliesha M. Buckley
Aliesha M. Buckley, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS

140117-7335-6

Received:_____   Served:_____   Returned:_____

Service was made:
____ Personal        ____ Domicilary _____

Unable to serve:
____ Not at this address    ____ Numerous attempts _____ times
____ Vacant                 ____ Received too late to serve
____ Moved                  ____ No longer works at this address
____ No such address        ____ Need apartment / building number
____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                 Deputy Sheriff
Parish of: _____

EXHIBIT 1

Filed by: _____
Date: 1-9-14
Time: 12:37 pm
Deputy Clerk: SJ _____
(SEE ATTACHED LOG)

# TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO: 734-472  DIVISION "J"  DOCKET

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY

FILED: _____  _____
                                                     DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes *PAULETTE GARNETT*, a person of the full age of majority and a resident of Jefferson Parish, Louisiana, who with respect avers as follows:

1.

The following parties made defendants in this lawsuit are indebted unto your petitioner for such damages as are reasonable, and equitable together with legal interest thereon from date of judicial demand until paid;

(a) *CHRISTOPHER K. PUGH*, a person of the full age of majority and a resident of Jefferson Parish, Louisiana.

(b) *PROTECTIVE INSURANCE COMPANY*, a foreign insurance corporation authorized to do business in the State of Louisiana.

(c) *THE WAGGONERS TRUCKING, INC.*, a foreign corporation.

2.

At all time pertinent herein, defendant, *PROTECTIVE INSURANCE COMPANY*, had in full force and effect a liability insurance policy on *CHRISTOPHER K. PUGH.*, affording coverage for the legal liability claimed in this petition.

3.

On or about February 5. 2013 **PAULETTE GARNETT** was proceeding west on the Westbank Expressway in the left lane., slowing to stop for the red light at the intersection of Westwood Dr, when the vehicle driven by **CHRISTOPHER K. PUGH** negligently ran into the back of petitioner's vehicle, causing collision. At the time of the collision, **CHRISTOPHER K. PUGH** was acting within the scope of his employment with **THE WAGGONERS TRUCKING, INC.** and they are vicariously liable for the negligence of **CHRISTOPHER K. PUGH**. **PAULETTE GARNETT** suffered physical injuries and property damage as a result of the collision.

4.

The specific acts of negligence on the part of **CHRISTOPHER K. PUGH** include but are not limited to the following to-wit:

a. Failure to maintain a proper look-out;
b. Operating the vehicle in such a manner as not to have same under control;
c. Operating a motor vehicle at an excessive rate of speed under the circumstances then and there existing;
d. Failure to exercise reasonable and ordinary care under the circumstances then and there existing;
e. Any and all acts of negligence and imprudence which may be proven during the investigation and/or trial of this matter.

All of the above acts of negligence were in violation of the laws of the State of Louisiana and applicable Jefferson Parish Ordinances, which are hereby specifically pleaded and which are hereby adopted by this reference as if set forth at point in extenso.

5.

As a result of the accident, your petitioner, **PAULETTE GARNETT**, was caused severe and painful personal injuries, including, but not limited to all bones and muscles of the body, nerves, ligaments, tissues and blood vessels.

6.

Your petitioner itemizes her damages which she sustained as a result of the collision, to-wit:

a. Physical pain and suffering, past, present, and future in a monetary amount to be established;

b. Mental anguish and distress, past, present, and future in a monetary amount to be established;

c. Permanent disability of back, neck, and head, in a monetary amount to be established;

d. Past, present, and future medical expenses in a monetary amount to be established.

e. Past, present, and future lost wages in a monetary amount to be established as well as property damage.

WHEREFORE, your petitioner, *PAULETTE GARNETT*, prays that there be judgment herein in her favor and against defendants *CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY*, for such damages as are reasonable in the premises, together with legal interest from date of judicial demand until paid, for all costs of these proceedings and all other legal and equitable relief to which the plaintiff may be entitled.

RESPECTFULLY SUBMITTED:

ALLEN H. BORNE, JR.
4902 S. CLAIBORNE AVE.
NEW ORLEANS, LA 70125
(504)899-1234
LA BAR # 16816

PLEASE SERVE:

*CHRISTOPHER K. PUGH*
BY LONGARM SERVICE

*THE WAGGONERS TRUCKING, INC.*
BY LONGARM SERVICE

PROTECTIVE INSURANCE COMPANY

THROUGH
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE.
BATON ROUGE, LA 70809

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

Date: _____
Time: 12:37 pm
Deputy Clerk: SJBreaux
(SEE ATTACHED LOG)

*original rec'd via mail*

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO:                      DIVISION " "                   DOCKET

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY

FILED: _____     _____
                            DEPUTY CLERK

## WRITTEN REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes Petitioner, **PAULETTE GARNETT**, who, in accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure requests that the Clerk of this Honorable Court provide written notice by mail at least ten (10) days in advance of any date fixed for trial or hearing of this cause, whether on exceptions, rules, motions or the amendments thereof, further requesting that in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure that the undersigned also be given immediate written notice of any other order or judgment made or rendered in this cause upon the entry of any such order or judgment whether on the merits, exceptions, rules or amendments thereof.

Requested this _9_ day of _January_, 2014.

RESPECTFULLY SUBMITTED:

_____
ALLEN H. BORNE, JR. (16816)
4902 S. CLAIBORNE AVE.
NEW ORLEANS, LA 70125
(504) 899-1234

A TRUE COPY OF THE ORIGINAL
FILED IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO:                     DIVISION " "                     DOCKET

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY

FILED: _____     _____
                            DEPUTY CLERK

## INTERROGATORIES

TO: *CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY*

(Please see original petition for service instructions)

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Plaintiffs herein propound the following written *Interrogatories* to the above parties. Said *Interrogatories* are to be answered separately and fully in writing and under oath by the above parties, and answers are to be served upon the undersigned counsel within *fifteen (15) days* after service hereof. These Interrogatories shall be deemed continuing to the full extent allowed by the Louisiana Code of Civil Procedure.

### Definition of Terms

1. "You" and "yours" means the party to whom these Interrogatories are directed and all representatives or other persons acting on behalf of, or at the request of, said party.

2. "Documents" shall include any and all notes, memoranda, briefs, correspondence, letters, telegrams, telexes, contracts, file material, comments, reports, estimates, computations, projections, accountings, records, studies, journals, diaries, and writings of any other nature whatsoever.

3. "Identify" or "identification" when used with respect to any individual means to state his full name, his present or last known employment, his present or last known address, and his most recent residence and business telephone numbers.

4. "Identify" or "identification" when used with reference to a document means to state the type of documents (e.g., lease, memorandum, contract, telegram, chart, etc.), its location and custodian, the date thereon, if any, and the identity of the party or parties whose names appear thereon, or in lieu thereof, you may attach to your answers a copy of each document.

### INTERROGATORY NO. 1:

Please state the name and job title of any and individuals who answered or assisted answering any of these interrogatories.

### INTERROGATORY NO. 2:

Please identify all persons who saw all or any part of the accident which forms the basis of this suit, or who have any knowledge of any facts pertaining to this accident.

**INTERROGATORY NO. 3:**

Please identify all witnesses you may call at the trial of this case, including their address, phone number, job title and state the nature and substance of their testimony, and for all expert witnesses, provide their area of expertise and the substance of the facts and opinions to which they may testify.

**INTERROGATORY NO. 4:**

Identify any and all persons who gave you or someone acting on your behalf a written or oral statement to about the facts and/or circumstances that gave rise to this suit.

**INTERROGATORY NO. 5:**

Please state in complete detail how you believe the accident made subject of this suit occurred. In answering this interrogatory, please state the approximate time the accident occurred, describe the weather at the time of the accident, identify where you or your insured were traveling from, where you or your insured were traveling to and why you or your insured were traveling to the identified location at the time of the accident.

**INTERROGATORY NO. 6:**

Please list the name, telephone number and address of each and every individual or entity you contend is partially or wholly at fault for causing the accident made subject of this suit.

**INTERROGATORY NO. 7:**

Please state in complete detail why you believe the individual(s) and/or entities listed in your answer to interrogatory number 6 were wholly or partially at fault for causing the accident made subject of this suit.

**INTERROGATORY NO. 8:**

If you contend that the plaintiff was negligent or contributed in any way to the incident that forms the basis of this suit, specify with particularity all evidence which supports this contention.

**INTERROGATORY NO. 9:**

Do you contend that the vehicle you or your insured were operating had any mechanical

problems that contributed to or caused the accident made subject of this suit? If so, please list any and all mechanical problems you assert caused or contributed to the accident made subject of this suit and when you first learned of the mechanical problems.

**INTERROGATORY NO. 10:**

Please state whether or not you were taking any type of medication, drugs or alcohol, on the date of the accident made subject of this suit.

**INTERROGATORY NO. 11:**

If your answer to interrogatory number 10 was "Yes", then please list the names of each and every medication you were taking, the name, address and phone number of each physician who prescribed any of the listed medications and the approximate time you took the medication(s) prior to the subject accident.

**INTERROGATORY NO. 12:**

Identify all exhibits which may be offered or referred to by you at the trial of this matter.

**INTERROGATORY NO. 13:**

If you did not own the vehicle you were operating at the time of the subject accident, then please state the name, address and telephone number of the vehicle's owner and your relationship to him or her.

**INTERROGATORY NO. 14:**

If you did not own the vehicle you were operating at the time of the subject accident, and then please list each and every vehicle you own and the name of the auto insurer on each vehicle. Please include the make, model, year and VIN number for each of the vehicles you own.

**INTERROGATORY NO. 15:**

Please list name of each and every insurance company that provided insurance coverage to you for the accident made subject of this suit.

**INTERROGATORY NO. 16:**

Has any surveillance been conducted in this matter? If so, identify the persons conducting the surveillance, and provide the date, time, location and activities observed, photographed, videotaped and/or filmed.

**INTERROGATORY NO. 17**

Did you or your insured receive a ticket or citation as result of the accident made subject of this suit? If so, please state the name of the law enforcement agency that issued the ticket, the

disposition of the ticket, including but not limited to, whether or not you or your insured pled or was adjudicated guilty of the violation(s) listed on the citation, whether or not you or your insured paid a fine as a result of the ticket and if so, the amount of the fine and the date(s) on which you or your insured pled guilty or was adjudicated guilty and the date on which you or your insured paid the fine.

**INTERROGATORY NO. 18:**

Have you or your insured compensated any person or entity for any claim arising out of the collision made subject of this suit? If so, then please state the following:

The name of the person(s) or entities to whom you paid the money;

    a. The amount of money you paid for each individual claim;

    b. The date on which the payment(s) was made;

    c. The type of claim(s) paid;

    d. The reason for the payment(s).

**INTERROGATORY NO. 19:**

Have you or your insured ever been convicted or pled guilty to a crime other than minor traffic violations? If so, then please state the following:

    a. The name(s) of the offense(s);

    b. The date(s) of conviction(s);

    c. The court(s) in which you were convicted, including parish or county, city and state;

    d. The case number(s).

**INTERROGATORY NO. 20:**

Please provide the current address on the insured driver.

**INTERROGATORY NO. 21:**

Please state if the defendant driver's automobile insurance premium rates were adjusted by defendant insurer as a result of defendant driver being at fault in the collision that is the subject of this suit.

**INTERROGATORY NO. 22:**

Please list all adjusters who handled this case on behalf of insurance company and the name of the corporate representative who will represent the insurance company at the trial.

**INTERROGATORY NO. 23:**

Please state where you were coming from just prior to the accident and where you where your planned destination was.

**INTERROGATORY NO. 24:**

Please list all employers of *CHRISTOPHER K. PUGH* at the time of the accident and whether *CHRISTOPHER K. PUGH* was acting within the scope of his employment at the time the accident which is the subject of this action occurred.

RESPECTFULLY SUBMITTED

_____
ALLEN H. BORNE (Bar #16816)
4902 S. Claiborne Ave.
New Orleans, Louisiana 70125
(504) 899-1234

**PLEASE SERVE WITH PETITION:**

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF
JEFFERSON

STATE OF LOUISIANA

NO:   DIVISION " "   DOCKET

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and
PROTECTIVE INSURANCE COMPANY

FILED: _____   _____
DEPUTY CLERK

### REQUEST FOR PRODUCTION OF DOCUMENTS

TO: *CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY*

Now come plaintiffs, through undersigned counsel, and, under the provisions of the Louisiana Code of Civil Procedure Article 1461 and Article 1469, requests that you produce for inspection and copying the following described documents at 4902 S. Claiborne, New Orleans, LA 70115 within *fifteen (15) days* after service of this request, and that, in the event you fail to comply with this request, you pay all reasonable costs, expenses, and attorney's fees for obtaining any order compelling the production of these documents under the provision of Article 1469 of the Louisiana Code of Civil Procedure.

#### Definition of Terms

1. "You" and "yours" means the party to whom these Interrogatories are directed and all representatives or other persons acting on behalf of, or at the request of, said party.

2. "Documents" shall include any and all notes, memoranda, briefs, correspondence, letters, telegrams, telexes, contracts, file material, comments, reports, estimates, computations, projections, accountings, records, studies, journals, diaries, and writings of any other nature whatsoever.

3. "Identify" or "identification" when used with respect to any individual means to state his full name, his present or last known employment, his present or last known address, and his most recent residence and business telephone numbers.

4. "Identify" or "identification" when used with reference to a document means to state the type of documents (e.g., lease, memorandum, contract, telegram, chart, etc.), its location and custodian, the date thereon, if any, and the identity of the party or parties whose names appear thereon, or in lieu thereof, you may attach to your answers a copy of each document.

**REQUEST FOR PRODUCTION NO. 1**

Certified copies of any and all insurance policies issued to or providing automobile liability coverage to **CHRISTOPHER K. PUGH** for the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 2**

Copies of the transcripts from any and all recorded statements taken in connection with the accident made subject of this suit, including, but not limited to, your insured and plaintiff's statement.

**REQUEST FOR PRODUCTION NO. 3**

Copies of any and all investigative reports prepared by you or someone acting on your behalf regarding the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 4**

Copies of any and all expert reports prepared on your behalf about any matter or issue relating to the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 5**

Copies of any and all evidence you plan on introducing at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 6**

Copies of any and all photographs, maps, drawings and sketches of the scene where the accident that forms the basis of this suit occurred.

**REQUEST FOR PRODUCTION NO. 7**

Copies of any and all photographs you or someone acting on your behalf took of the vehicles involved in the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 8**

Copies of any and all repair estimates, repair invoices, repair bills or other repair documentation concerning the vehicles involved in the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 9**

Copies of all videotapes, photographs or other depictions of the plaintiff.

**REQUEST FOR PRODUCTION NO. 10**

Copies of all reports, videotapes, audiotapes, photos and correspondence regarding any surveillance conducted in connection with the accident that forms the basis of this suit.

REQUEST FOR PRODUCTION NO. 11

Copies of any and all medical records, charts, bills, receipts or other medical documentation concerning plaintiff.

REQUEST FOR PRODUCTION NO. 12

Copies of any and all cancelled checks or other documentation reflecting the payments you or your insured made towards any and all claims arising out of the accident that gave rise to this suit.

RESPECTFULLY SUBMITTED:

_____
ALLEN H. BORNE (Bar #16816)
4902 South Claiborne Avenue
New Orleans, Louisiana 70125
(504) 899-1234

PLEASE SERVE WITH PETITION

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO:                     DIVISION " "                     DOCKET

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY

FILED:_____     _____
                          DEPUTY CLERK

### REQUEST FOR ADMISSIONS

TO: *CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY*

**PLEASE TAKE NOTICE** that you are hereby notified and required to respond to this request by admitting or denying the following statements of fact within *fifteen (15) days* after service of said request. Failure to respond within *fifteen (15) days* after service of the request will result in the admission of each statement of fact. Also, please **be advised that we shall seek attorney's fees and costs pursuant to Louisiana Code of Civil Procedure article 1472 should you fail to admit the matter without having reasonable grounds to believe you will prevail on the matter.** Your response should be provided to, Plaintiff, by delivering same to her counsel of record, **Allen H. Borne, Jr., Attorney at Law, at his office located at 4902 S. Claiborne Ave., New Orleans, LA 70125** in accordance with the provisions of the Louisiana Code of Civil Procedure.

### REQUEST FOR ADMISSION NO. 1:

**PROTECTIVE INSURANCE COMPANY** *provided* automobile liability Coverage to *CHRISTOPHER K. PUGH* for the collision made subject of this suit. If you deny this Request for Admission then please state each and every fact that supports your denial and produce copies of any and all documentation that supports your denial.

### REQUEST FOR ADMISSION NO. 2:

Please admit or deny that this collision occurred as stated in paragraph 3. of the petition. If you deny this Request for Admission then please state each and every fact

that supports your denial and produce copies of any and all documentation that supports your denial.

RESPECTFULLY SUBMITTED:

_____
ALLEN H. BORNE (Bar #16816)
4902 S. Claiborne Ave.
New Orleans, Louisiana 70125
(504) 899-1234

<u>PLEASE SERVE WITH PETITION</u>:

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON