Faxed @ 08.43am
1-10-14 Tmb

In Reference to Case #: _734-472_
Division: __J__ 24th JDC

**Jon A. Gegenheimer**
JEFFERSON PARISH CLERK OF COURT



24th **Judicial District Court**
**FAX Filing**
P.O. Box 10
Gretna LA 70054-0010
www.jpclerkofcourt.us
**Telephone: (504) 364-2971**
**FAX Nos.: (504) 364-3780 & 364-2988**

• ALLEN H. BORNE, JR., ATTY.

FAX# 899-1230

JANUARY 9 , 20 14

# FACSIMILE FILING RECEIPT OF TRANSMISSION

Total No. of Pages: 5

Document Type: PETITION FOR DAMAGES, WRITTEN REQUEST FOR NOTICE

Case Title: PAULETTE GARNETT VERSUS CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., AND PROTECTIVE INSURANCE COMPANY

Receipt is hereby acknowledged of the above described document, which was filed at ___12:37___ ☐ A.M. ☑ P.M. on _____ JANUARY 9 , 20 14 . Per La. R.S. 13:850, please forward the original pleading within 7 days, exclusive of legal holidays, after the clerk of court has received the transmission, with funds in the amounts listed below:

Check payable to "Jefferson Parish Clerk of Court":     $ 520.00

Check payable to "Orleans Parish Civil Sheriff":     $ _____

Check payable to "Louisiana Secretary of State":     $ 50.00

Check payable to "East Baton Rouge Sheriff":     $ 29.30

Check payable to _____ :     $ _____

***Please enclose a copy of this Receipt of Transmission when original pleading is filed.***

ATTN: Civil Filing Dept.
24th Judicial District Court, Division NEW SUIT
Jefferson Parish Clerk of Court
P.O. Box 10
Gretna LA 70054-0010

IMAGED
JAN 10 2014

EXHIBIT 2

# Borne Law Firm

Attorneys at Law
4902 South Claiborne Ave.
New Orleans, Louisiana 70125
Phone (504) 899-1234, Fax (504) 899-1230

**734472**

Allen H. Borne, Jr.
Email: ahb@orleanslawyer.com
Ryan P. Reece
Email: rpr@orleanslawyer.com

Notary Public

Date: _1-9-14_

To: _Clerk of Court 24th JDC_

From: _Allen H. Borne, Jr._

Facsimile Number: _364-3780_

Telephone Number: _364-2967_

Number of pages including cover: _5_

Filed By: **FAX**

Date: _1/9/14_

Time: _12:37 PM_

Deputy Clerk: _Alicia Foret_

(see attached log)

Re: _Re: Paulette Garnett vs Christopher Pugh, et al_
_Petition_

Message: _Please fax file this Petition_
_for Damages into Court of Record._
_Please fax back a conformation_
_along with filing and Services fees._
_Will mail original_

_Thank you_

_PAM_

IMAGED
JAN 10 2014

**Confidentiality:** This facsimile is confidential and intended only for the recipient(s) named. **Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others.** If you received this communication in error, please telephone our offices immediately.

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF  7 3 4 4 7 2
JEFFERSON

STATE OF LOUISIANA

NO: 734 -47~          DIVISION " "                    DOCKET J

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and
PROTECTIVE INSURANCE COMPANY

Filed By: FAX

Date: 1/9/14

FILED:_____          Time: 12:37 PM

DEPUTY CLERK   Deputy Clerk: _____
(see attached log)

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes *PAULETTE GARNETT*, a person of the full age of majority and a resident of Jefferson Parish, Louisiana, who with respect avers as follows:

1.

The following parties made defendants in this lawsuit are indebted unto your petitioner for such damages as are reasonable, and equitable together with legal interest thereon from date of judicial demand until paid;

(a) *CHRISTOPHER K. PUGH*, a person of the full age of majority and a resident of Jefferson Parish, Louisiana.

(b) *PROTECTIVE INSURANCE COMPANY*, a foreign insurance corporation authorized to do business in the State of Louisiana.

(c) *THE WAGGONERS TRUCKING, INC.*, a foreign corporation.

2.

At all time pertinent herein, defendant, *PROTECTIVE INSURANCE COMPANY*, had in full force and effect a liability insurance policy on *CHRISTOPHER K. PUGH.*, affording coverage for the legal liability claimed in this petition.

IMAGED

JAN 1 0 2014

734472

3.

On or about February 5, 2013 *PAULETTE GARNETT* was proceeding west on the Westbank Expressway in the left lane., slowing to stop for the red light at the intersection of Westwood Dr, when the vehicle driven by *CHRISTOPHER K. PUGH* negligently ran into the back of petitioner's vehicle, causing collision. At the time of the collision, *CHRISTOPHER K. PUGH* was acting within the scope of his employment with *THE WAGGONERS TRUCKING, INC.* and they are vicariously liable for the negligence of *CHRISTOPHER K. PUGH. PAULETTE GARNETT* suffered physical injuries and property damage as a result of the collision.

4.

The specific acts of negligence on the part of *CHRISTOPHER K. PUGH* include but are not limited to the following to-wit:

a. Failure to maintain a proper look-out;

b. Operating the vehicle in such a manner as not to have same under control;

c. Operating a motor vehicle at an excessive rate of speed under the circumstances then and there existing;

d. Failure to exercise reasonable and ordinary care under the circumstances then and there existing;

e. Any and all acts of negligence and imprudence which may be proven during the investigation and/or trial of this matter.

All of the above acts of negligence were in violation of the laws of the State of Louisiana and applicable Jefferson Parish Ordinances, which are hereby specifically pleaded and which are hereby adopted by this reference as if set forth at point in extenso.

5.

As a result of the accident, your petitioner, *PAULETTE GARNETT*, was caused severe and painful personal injuries, including, but not limited to all bones and muscles of the body, nerves, ligaments, tissues and blood vessels.

6.

Your petitioner itemizes her damages which she sustained as a result of the collision, to-wit:

IMAGED

JAN 10 2014

73 4 4 7 2

a.  Physical pain and suffering, past, present, and future in a monetary amount to be established;

b.  Mental anguish and distress, past, present, and future in a monetary amount to be established;

c.  Permanent disability of back, neck, and head, in a monetary amount to be established;

d.  Past, present, and future medical expenses in a monetary amount to be established.

e.  Past, present, and future lost wages in a monetary amount to be established as well as property damage.

WHEREFORE, your petitioner, *PAULETTE GARNETT*, prays that there be judgment herein in her favor and against defendants *CHRISTOPHER K. PUGH*, *THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY*, for such damages as are reasonable in the premises, together with legal interest from date of judicial demand until paid, for all costs of these proceedings and all other legal and equitable relief to which the plaintiff may be entitled.

**RESPECTFULLY SUBMITTED:**

ALLEN H. BORNE, JR.
4902 S. CLAIBORNE AVE.
NEW ORLEANS, LA 70125
(504)899-1234
LA BAR # 16816

PLEASE SERVE:

*CHRISTOPHER K. PUGH*
**BY LONGARM SERVICE**

*THE WAGGONERS TRUCKING, INC.*
**BY LONGARM SERVICE**

**PROTECTIVE INSURANCE COMPANY**

THROUGH
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE.
BATON ROUGE, LA 70809

IMAGED JAN 1 0 2014

**734472**

### TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO:                          DIVISION " "                    DOCKET

PAULETTE GARNETT          Filed By: FAX

VERSUS                    Date: _____ 1-9-14

Time: _____ 12:37 pm

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC, and     Deputy Clerk: Alicia Porel
PROTECTIVE INSURANCE COMPANY           (see attached log)

FILED: _____          _____
                                        **DEPUTY CLERK**

### WRITTEN REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes Petitioner, **PAULETTE GARNETT**, who, in accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure requests that the Clerk of this Honorable Court provide written notice by mail at least ten (10) days in advance of any date fixed for trial or hearing of this cause, whether on exceptions, rules, motions or the amendments thereof, further requesting that in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure that the undersigned also be given immediate written notice of any other order or judgment made or rendered in this cause upon the entry of any such order or judgment whether on the merits, exceptions, rules or amendments thereof.

Requested this _7_ day of _Jany_, 2014.

RESPECTFULLY SUBMITTED:

ALLEN H. BORNE, JR. (16816)
4902 S. CLAIBORNE AVE.
NEW ORLEANS, LA 70125
(504) 899-1234

IMAGED
JAN 10 2014

```
*************  -JOURNAL-  ************************ DATE JAN-09-2014 ***** TIME 12:38 ********

NO. COMM.  PAGES   FILE  DURATION  X/R   IDENTIFICATION        DATE    TIME    73.447.2
                                                                               DIAGNOSTIC
043   OK   005      872  00:00:49  RCV   5048991230         JAN-09 12:37  0507C0000ADD0003

                                              -24TH JDC CLERK OF COURT  -

***** UF-7200 *********************** -        - ***** -       5043643780- *********
```

IMAGED
JAN 10 2014

**TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO: 734 - 472          DIVISION "J"          DOCKET

**PAULETTE GARNETT**

Filed by: Fax

Date: 1-9-14

Time: 12:37 pm

Deputy Clerk: _____

(SEE ATTACHED LOG)

**VERSUS**

**CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY**

FILED: _____          _____

DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes **PAULETTE GARNETT**, a person of the full age of majority and a resident of Jefferson Parish, Louisiana, who with respect avers as follows:

1.

The following parties made defendants in this lawsuit are indebted unto your petitioner for such damages as are reasonable, and equitable together with legal interest thereon from date of judicial demand until paid;

(a) **CHRISTOPHER K. PUGH**, a person of the full age of majority and a resident of Jefferson Parish, Louisiana.

(b) **PROTECTIVE INSURANCE COMPANY**, a foreign insurance corporation authorized to do business in the State of Louisiana.

(c) **THE WAGGONERS TRUCKING, INC.**, a foreign corporation.

2.

At all time pertinent herein, defendant, **PROTECTIVE INSURANCE COMPANY**, had in full force and effect a liability insurance policy on **CHRISTOPHER K. PUGH.**, affording coverage for the legal liability claimed in this petition.

734472

3.

On or about February 5, 2013 *PAULETTE GARNETT* was proceeding west on the Westbank Expressway in the left lane, slowing to stop for the red light at the intersection of Westwood Dr, when the vehicle driven by *CHRISTOPHER K. PUGH* negligently ran into the back of petitioner's vehicle, causing collision. At the time of the collision, *CHRISTOPHER K. PUGH* was acting within the scope of his employment with *THE WAGGONERS TRUCKING, INC.* and they are vicariously liable for the negligence of *CHRISTOPHER K. PUGH*. *PAULETTE GARNETT* suffered physical injuries and property damage as a result of the collision.

4.

The specific acts of negligence on the part of *CHRISTOPHER K. PUGH* include but are not limited to the following to-wit:

    a.  Failure to maintain a proper look-out;

    b.  Operating the vehicle in such a manner as not to have same under control;

    c.  Operating a motor vehicle at an excessive rate of speed under the circumstances then and there existing;

    d.  Failure to exercise reasonable and ordinary care under the circumstances then and there existing;

    e.  Any and all acts of negligence and imprudence which may be proven during the investigation and/or trial of this matter.

All of the above acts of negligence were in violation of the laws of the State of Louisiana and applicable Jefferson Parish Ordinances, which are hereby specifically pleaded and which are hereby adopted by this reference as if set forth at point in extenso.

5.

As a result of the accident, your petitioner, *PAULETTE GARNETT*, was caused severe and painful personal injuries, including, but not limited to all bones and muscles of the body, nerves, ligaments, tissues and blood vessels.

6.

Your petitioner itemizes her damages which she sustained as a result of the collision, to-wit:

IMAGED JAN 15 2014

734472

a.  Physical pain and suffering, past, present, and future in a monetary amount to
    be established;

b.  Mental anguish and distress, past, present, and future in a monetary amount to
    be established;

c.  Permanent disability of back, neck, and head, in a monetary amount to be
    established;

d.  Past, present, and future medical expenses in a monetary amount to be
    established.

e.  Past, present, and future lost wages in a monetary amount to be established as
    well as property damage.

WHEREFORE, your petitioner, *PAULETTE GARNETT*, prays that there be judgment herein in her favor and against defendants *CHRISTOPHER K. PUGH*, *THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY*, for such damages as are reasonable in the premises, together with legal interest from date of judicial demand until paid, for all costs of these proceedings and all other legal and equitable relief to which the plaintiff may be entitled.

**RESPECTFULLY SUBMITTED:**


ALLEN H. BORNE, JR.
4902 S. CLAIBORNE AVE.
NEW ORLEANS, LA  70125
(504)899-1234
LA BAR # 16816

PLEASE SERVE:

*CHRISTOPHER K. PUGH*
**BY LONGARM SERVICE**


*THE WAGGONERS TRUCKING, INC.*
**BY LONGARM SERVICE**

SOS ck# 256668 $50.00
EBR ck# 256669 $29.36

**PROTECTIVE INSURANCE COMPANY**

THROUGH
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE.
BATON ROUGE, LA 70809

IMAGED JAN 15 2014

**734472**

# Borne Law Firm
**Attorneys, Notary Public**
**4902 S. Claiborne Ave.**
**New Orleans, Louisiana 70125**
**Phone (504) 899-1234   Fax (504) 899-1230**

Allen H. Borne, Jr.

January 10, 2014

24th Judicial District Court
Attn: Fax Filing
P.O. Box 10
Gretna, LA 70054

FILE FOR RECORD
2014 JAN 14  PM 2: 35
DEPUTY CLERK
PARISH OF JEFFERSON, LA

   Re: Paulette Garnett vs. Christopher K. Pugh, et al
      24th JDC No. 734-472, Div. "J"

Dear Sir/Madam:

Enclosed please find a Petition for Damages that we faxed filed into court of record. Please find a check in the amount of $520.00 to Jefferson Parish Clerk of Court for filing fee, $50.00 check to Louisiana Secretary of State and $29.36 check to East Baton Rouge Sheriff for services fees, in regards to above referenced matter. Will you please mail copies to the above address.

Thanking you in advance for your time and consideration. *Stamped copy mailed 1-14-13*

Very truly yours,

*Allen H. Borne, Jr/pa*

Allen H. Borne, Jr.
AHB/pa

*CODED*

Enc.

IMAGED JAN 15 2014

BORNE LAW FIRM
Attorneys, Notary Public
4902 S. Claiborne ave.
New Orleans, LA 70125

FILE FOR RECORD

2014 JAN 14  PM 2:38

DEPUTY CLERK
PARISH OF JEFFERSON. LA

IMAGED
JAN 15 2014



$0.66⁰
US POSTAGE
FIRST-CLASS

071V00574411
70118
500011642

$0.66⁰
US POSTAGE
FIRST-CLASS

071V00574411
70118
000011641

$0.66⁰
US POSTAGE
FIRST-CLASS

071V00574411
70118
000011640

4th Judicial District Court
ttn: Fax Filing
O. Box 10
retna, LA 70054

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF
JEFFERSON

STATE OF LOUISIANA

NO: 734-472   **CODED**   DIVISION " "   DOCKET

Filed by: **Fax**   65
Date: 1-9-14
Time: 12:37 pm
Deputy Clerk: _Breaux_
(SEE ATTACHED LOG)

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and
PROTECTIVE INSURANCE COMPANY

FILED: _____

                        DEPUTY CLERK

WRITTEN REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes Petitioner,

**PAULETTE GARNETT**, who, in accordance with the provisions of Articles 1571

and 1572 of the Louisiana Code of Civil Procedure requests that the Clerk of this

Honorable Court provide written notice by mail at least ten (10) days in advance of

any date fixed for trial or hearing of this cause, whether on exceptions, rules, motions

or the amendments thereof, further requesting that in accordance with the provisions

of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure that the

undersigned also be given immediate written notice of any other order or judgment

made or rendered in this cause upon the entry of any such order or judgment whether

on the merits, exceptions, rules or amendments thereof.

Requested this _7_ day of _Janry_, 2014.

RESPECTFULLY SUBMITTED:

_____
ALLEN H. BORNE, JR. (16816)
4902 S. CLAIBORNE AVE.
NEW ORLEANS, LA 70125
(504) 899-1234

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF
JEFFERSON

STATE OF LOUISIANA

NO:                          DIVISION " "                          DOCKET

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE
INSURANCE COMPANY

FILED:_____

_____
DEPUTY CLERK

### INTERROGATORIES

TO: *CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and
PROTECTIVE INSURANCE COMPANY*

(Please see original petition for service instructions)

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Plaintiffs herein propound

the following written *Interrogatories* to the above parties.  Said *Interrogatories* are to be

answered separately and fully in writing and under oath by the above parties, and answers are to

be served upon the undersigned counsel within *fifteen (15) days* after service hereof.  These

Interrogatories shall be deemed continuing to the full extent allowed by the Louisiana Code of

Civil Procedure.

### Definition of Terms

1.      "You" and "yours" means the party to whom these Interrogatories are directed and
all representatives or other persons acting on behalf of, or at the request of, said party.
2.      "Documents" shall include any and all notes, memoranda, briefs, correspondence,
letters, telegrams, telexes, contracts, file material, comments, reports, estimates, computations,
projections, accountings, records, studies, journals, diaries, and writings of any other nature
whatsoever.
3.      "Identify" or "identification" when used with respect to any individual means to
state his full name, his present or last known employment, his present or last known address, and
his most recent residence and business telephone numbers.
4.      "Identify" or "identification" when used with reference to a document means to
state the type of documents (e.g., lease, memorandum, contract, telegram, chart, etc.), its location
and custodian, the date thereon, if any, and the identity of the party or parties whose names
appear thereon, or in lieu thereof, you may attach to your answers a copy of each document.

### INTERROGATORY NO. 1:

Please state the name and job title of any and individuals who answered or assisted

answering any of these interrogatories.

### INTERROGATORY NO. 2:

Please identify all persons who saw all or any part of the accident which forms the basis of this suit, or who have any knowledge of any facts pertaining to this accident.

**INTERROGATORY NO. 3:**

Please identify all witnesses you may call at the trial of this case, including their address, phone number, job title and state the nature and substance of their testimony, and for all expert witnesses, provide their area of expertise and the substance of the facts and opinions to which they may testify.

**INTERROGATORY NO. 4:**

Identify any and all persons who gave you or someone acting on your behalf a written or oral statement to about the facts and/or circumstances that gave rise to this suit.

**INTERROGATORY NO. 5:**

Please state in complete detail how you believe the accident made subject of this suit occurred. In answering this interrogatory, please state the approximate time the accident occurred, describe the weather at the time of the accident, identify where you or your insured were traveling from, where you or your insured were traveling to and why you or your insured were traveling to the identified location at the time of the accident.

**INTERROGATORY NO. 6:**

Please list the name, telephone number and address of each and every individual or entity you contend is partially or wholly at fault for causing the accident made subject of this suit.

**INTERROGATORY NO. 7:**

Please state in complete detail why you believe the individual(s) and/or entities listed in your answer to interrogatory number 6 were wholly or partially at fault for causing the accident made subject of this suit.

**INTERROGATORY NO. 8:**

If you contend that the plaintiff was negligent or contributed in any way to the incident that forms the basis of this suit, specify with particularity all evidence which supports this contention.

**INTERROGATORY NO. 9:**

Do you contend that the vehicle you or your insured were operating had any mechanical

IMAGED JAN 1 5 2014

problems that contributed to or caused the accident made subject of this suit?  If so, please list any and all mechanical problems you assert caused or contributed to the accident made subject of this suit and when you first learned of the mechanical problems.

**INTERROGATORY NO. 10:**

Please state whether or not you were taking any type of medication, drugs or alcohol, on the date of the accident made subject of this suit.

**INTERROGATORY NO. 11:**

If your answer to interrogatory number 10 was "Yes", then please list the names of each and every medication you were taking, the name, address and phone number of each physician who prescribed any of the listed medications and the approximate time you took the medication(s) prior to the subject accident.

**INTERROGATORY NO. 12:**

Identify all exhibits which may be offered or referred to by you at the trial of this matter.

**INTERROGATORY NO. 13:**

If you did not own the vehicle you were operating at the time of the subject accident, then please state the name, address and telephone number of the vehicle's owner and your relationship to him or her.

**INTERROGATORY NO. 14:**

If you did not own the vehicle you were operating at the time of the subject accident, and then please list each and every vehicle you own and the name of the auto insurer on each vehicle. Please include the make, model, year and VIN number for each of the vehicles you own.

**INTERROGATORY NO. 15:**

Please list name of each and every insurance company that provided insurance coverage to you for the accident made subject of this suit.

**INTERROGATORY NO. 16:**

Has any surveillance been conducted in this matter?  If so, identify the persons conducting the surveillance, and provide the date, time, location and activities observed, photographed, videotaped and/or filmed.

**INTERROGATORY NO. 17**

Did you or your insured receive a ticket or citation as result of the accident made subject of this suit?  If so, please state the name of the law enforcement agency that issued the ticket, the

disposition of the ticket, including but not limited to, whether or not you or your insured pled or was adjudicated guilty of the violation(s) listed on the citation, whether or not you or your insured paid a fine as a result of the ticket and if so, the amount of the fine and the date(s) on which you or your insured pled guilty or was adjudicated guilty and the date on which you or your insured paid the fine.

## INTERROGATORY NO. 18:

Have you or your insured compensated any person or entity for any claim arising out of the collision made subject of this suit?  If so, then please state the following:

The name of the person(s) or entities to whom you paid the money;

   a.  The amount of money you paid for each individual claim;

   b.  The date on which the payment(s) was made;

   c.  The type of claim(s) paid;

   d.  The reason for the payment(s).

## INTERROGATORY NO. 19:

     Have you or your insured ever been convicted or pled guilty to a crime other than minor traffic violations?  If so, then please state the following:

   a.  The name(s) of the offense(s);

   b.  The date(s) of conviction(s);

   c.  The court(s) in which you were convicted, including parish or county, city and state;

   d.  The case number(s).

## INTERROGATORY NO. 20:

     Please provide the current address on the insured driver.

## INTERROGATORY NO. 21:

     Please state if the defendant driver's automobile insurance premium rates were adjusted by defendant insurer as a result of defendant driver being at fault in the collision that is the subject of this suit.

## INTERROGATORY NO. 22:

     Please list all adjusters who handled this case on behalf of insurance company and the name of the corporate representative who will represent the insurance company at the trial.

**INTERROGATORY NO. 23:**

Please state where you were coming from just prior to the accident and where you where your planned destination was.

**INTERROGATORY NO. 24:**

Please list all employers of ***CHRISTOPHER K. PUGH*** at the time of the accident and whether ***CHRISTOPHER K. PUGH*** was acting within the scope of his employment at the time the accident which is the subject of this action occurred.


**RESPECTFULLY SUBMITTED**

_____
**ALLEN H. BORNE (Bar #16816)**
4902 S. Claiborne Ave.
New Orleans, Louisiana 70125
(504) 899-1234

**PLEASE SERVE WITH PETITION:**

IMAGED JAN 15 2014

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF
JEFFERSON

STATE OF LOUISIANA

NO:                          DIVISION " "                    DOC

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and
PROTECTIVE INSURANCE COMPANY

FILED:_____        _____
                                              **DEPUTY CLERK**

<u>**REQUEST FOR PRODUCTION OF DOCUMENTS**</u>

TO: *CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and*
*PROTECTIVE INSURANCE COMPANY*

Now come plaintiffs, through undersigned counsel, and, under the provisions of
the Louisiana Code of Civil Procedure Article 1461 and Article 1469, requests that you
produce for inspection and copying the following described documents at 4902 S.
Claiborne, New Orleans, LA 70115 within *fifteen (15) days* after service of this request,
and that, in the event you fail to comply with this request, you pay all reasonable costs,
expenses, and attorney's fees for obtaining any order compelling the production of these
documents under the provision of Article 1469 of the Louisiana Code of Civil Procedure.

<u>**Definition of Terms**</u>

1.  "You" and "yours" means the party to whom these Interrogatories are directed and all
    representatives or other persons acting on behalf of, or at the request of, said party.

2.  "Documents" shall include any and all notes, memoranda, briefs, correspondence,
    letters, telegrams, telexes, contracts, file material, comments, reports, estimates,
    computations, projections, accountings, records, studies, journals, diaries, and
    writings of any other nature whatsoever.

3.  "Identify" or "identification" when used with respect to any individual means to state
    his full name, his present or last known employment, his present or last known
    address, and his most recent residence and business telephone numbers.

4.  "Identify" or "identification" when used with reference to a document means to state
    the type of documents (e.g., lease, memorandum, contract, telegram, chart, etc.), its
    location and custodian, the date thereon, if any, and the identity of the party or parties
    whose names appear thereon, or in lieu thereof, you may attach to your answers a
    copy of each document.

**REQUEST FOR PRODUCTION NO. 1**

Certified copies of any and all insurance policies issued to or providing automobile liability coverage to **CHRISTOPHER K. PUGH** for the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 2**

Copies of the transcripts from any and all recorded statements taken in connection with the accident made subject of this suit, including, but not limited to, your insured and plaintiff's statement.

**REQUEST FOR PRODUCTION NO. 3**

Copies of any and all investigative reports prepared by you or someone acting on your behalf regarding the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 4**

Copies of any and all expert reports prepared on your behalf about any matter or issue relating to the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 5**

Copies of any and all evidence you plan on introducing at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 6**

Copies of any and all photographs, maps, drawings and sketches of the scene where the accident that forms the basis of this suit occurred.

**REQUEST FOR PRODUCTION NO. 7**

Copies of any and all photographs you or someone acting on your behalf took of the vehicles involved in the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 8**

Copies of any and all repair estimates, repair invoices, repair bills or other repair documentation concerning the vehicles involved in the accident made subject of this suit.

**REQUEST FOR PRODUCTION NO. 9**

Copies of all videotapes, photographs or other depictions of the plaintiff.

**REQUEST FOR PRODUCTION NO. 10**

Copies of all reports, videotapes, audiotapes, photos and correspondence regarding any surveillance conducted in connection with the accident that forms the basis of this suit.

IMAGED JAN 15 2014

**REQUEST FOR PRODUCTION NO. 11**

Copies of any and all medical records, charts, bills, receipts or other medical documentation concerning plaintiff.

**REQUEST FOR PRODUCTION NO. 12**

Copies of any and all cancelled checks or other documentation reflecting the payments you or your insured made towards any and all claims arising out of the accident that gave rise to this suit.

RESPECTFULLY SUBMITTED:

ALLEN H. BORNE (Bar #16816)
4902 South Claiborne Avenue
New Orleans, Louisiana 70125
(504) 899-1234

**PLEASE SERVE WITH PETITION**

IMAGED JAN 1 5 2014

TWENTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO:                          DIVISION " "                     DOCKET

PAULETTE GARNETT

VERSUS

CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY

FILED:_____          _____
                                        DEPUTY CLERK

## REQUEST FOR ADMISSIONS

TO: *CHRISTOPHER K. PUGH, THE WAGGONERS TRUCKING, INC., and PROTECTIVE INSURANCE COMPANY*

**PLEASE TAKE NOTICE** that you are hereby notified and required to respond to this request by admitting or denying the following statements of fact within *fifteen (15) days* after service of said request. Failure to respond within *fifteen (15) days* after service of the request will result in the admission of each statement of fact. **Also, please be advised that we shall seek attorney's fees and costs pursuant to Louisiana Code of Civil Procedure article 1472 should you fail to admit the matter without having reasonable grounds to believe you will prevail on the matter.** Your response should be provided to, Plaintiff, by delivering same to her counsel of record, **Allen H. Borne, Jr., Attorney at Law, at his office located at 4902 S. Claiborne Ave., New Orleans, LA 70125** in accordance with the provisions of the Louisiana Code of Civil Procedure.

## REQUEST FOR ADMISSION NO. 1:

**PROTECTIVE INSURANCE COMPANY** *provided* automobile liability Coverage to *CHRISTOPHER K. PUGH* for the collision made subject of this suit. If you deny this Request for Admission then please state each and every fact that supports your denial and produce copies of any and all documentation that supports your denial.

## REQUEST FOR ADMISSION NO. 2:

Please admit or deny that this collision occurred as stated in paragraph 3. of the petition. If you deny this Request for Admission then please state each and every fact

that supports your denial and produce copies of any and all documentation that supports your denial.

RESPECTFULLY SUBMITTED:

_____
ALLEN H. BORNE (Bar #16816)
4902 S. Claiborne Ave.
New Orleans, Louisiana 70125
(504) 899-1234

**PLEASE SERVE WITH PETITION:**

IMAGED JAN 1 5 2014

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court.  The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: _Paulette Garnett_

vs.

_Christopher Pugh et al_

Court: 24th Judicial District        Docket Number: _734-472_

Parish of Filing: Jefferson        Filing Date: _1-9-14_

Name of Lead Petitioner's Attorney: _Allen H Borne Jr._

Name of Self-Represented Litigant: _____

Number of named petitioners: _____        Number of named defendants: ____

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- [x] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [ ] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [ ] General Negligence

- [ ] Auto: Property Damage
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Personal Injury/Death
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _Alan H. Borne 4902_        Signature _____

Address _4902 S. Claiborne Ave New Orleans, La. 70125_

Phone number: _504-899-1234_        E-mail address: _____

(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST
FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF
DOCUMENTS/REQUEST FOR ADMISSIONS                     140117-7333-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

PAULETTE GARNETT
    versus                                    Case: 734-472    Div: "J"
CHRISTOPHER K PUGH, WAGGONERS TRUCKING         P 1 PAULETTE GARNETT
INC, PROTECTIVE INSURANCE COMPANY

To: PROTECTIVE INSURANCE COMPANY
THROUGH SECRETARY OF STATE
8585 ARCHIVES AVE                              EBR#25669 $29.36
BATON ROUGE LA 70809                           SS#25668  $50.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/WRITTEN REQUEST FOR NOTICE/INTERROGATORIES/REQUEST FOR
PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS of which a true and correct
copy accompanies this citation, or make an appearance either by filing a pleading or otherwise,
in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within
FIFTEEN (15)  CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney ALLEN H. BORNE JR and was issued by the Clerk of
Court on the 17th day of January, 2014.

_/s/ Aliesha M. Buckley_
Aliesha M. Buckley, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST
FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF
DOCUMENTS/REQUEST FOR ADMISSIONS                     140117-7333-1

Received:_____    Served:_____    Returned:_____

Service was made:
    ___ Personal         ___ Domicilary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant                ___ Received too late to serve
    ___ Moved                 ___ No longer works at this address
    ___ No such address       ___ Need apartment /  building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

Imaged 01/17/2014 09:09 - Signed: Deputy Clerk of Court /s/ Aliesha M. Buckley

(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST
FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF
DOCUMENTS/REQUEST FOR ADMISSIONS                                140117-7334-9

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

PAULETTE GARNETT
   versus
CHRISTOPHER K PUGH, WAGGONERS TRUCKING            Case: 734-472   Div: "J"
INC, PROTECTIVE INSURANCE COMPANY                 P 1 PAULETTE GARNETT

To: CHRISTOPHER K. PUGH
LONG ARM SERVICE                                  LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/WRITTEN REQUEST FOR NOTICE/INTERROGATORIES/REQUEST FOR
PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS of which a true and correct
copy accompanies this citation, or make an appearance either by filing a pleading or otherwise,
in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within
THIRTY (30)  CALENDAR days after the return of service hereof, under penalty of default.

This service was requested by attorney ALLEN H. BORNE JR and was issued by the Clerk of
Court on the 17th day of January, 2014.

/s/ Aliesha M. Buckley
Aliesha M. Buckley, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST
FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF
DOCUMENTS/REQUEST FOR ADMISSIONS                                140117-7334-9

Received:_____     Served:_____     Returned:_____

Service was made:
   ___ Personal        ___ Domicilary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                 ___ Received too late to serve
   ___ Moved                  ___ No longer works at this address
   ___ No such address        ___ Need apartment /  building number
   ___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                  Deputy Sheriff
Parish of: _____

Imaged 01/17/2014 09:12 - Signed: Deputy Clerk of Court /s/ Aliesha M. Buckley

(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST
FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF        140117-7335-6
DOCUMENTS/REQUEST FOR ADMISSIONS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

PAULETTE GARNETT
    versus                                          Case: 734-472    Div: "J"
CHRISTOPHER K PUGH, WAGGONERS TRUCKING            P 1 PAULETTE GARNETT
INC, PROTECTIVE INSURANCE COMPANY

To:  WAGGONERS TRUCKING INC
(AS PER SERVICE REQUEST)
THE WAGGONERS TRUCKING, INC.
LONG ARM SERVICE

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/WRITTEN REQUEST FOR NOTICE/INTERROGATORIES/REQUEST FOR
PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS of which a true and correct
copy accompanies this citation, or make an appearance either by filing a pleading or otherwise,
in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within
THIRTY (30)  CALENDAR days after the return of service hereof, under penalty of default.

This service was requested by attorney ALLEN H. BORNE JR and was issued by the Clerk of
Court on the 17th day of January, 2014.

/s/ Aliesha M. Buckley
Aliesha M. Buckley, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST
FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF        140117-7335-6
DOCUMENTS/REQUEST FOR ADMISSIONS

Received:_____    Served:_____    Returned:_____

Service was made:
_____ Personal        _____ Domicilary _____

Unable to serve:
_____ Not at this address    _____ Numerous attempts _____ times
_____ Vacant               _____ Received too late to serve
_____ Moved                _____ No longer works at this address
_____ No such address      _____ Need apartment /  building number
_____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

Imaged 01/17/2014 09:12 - Signed: Deputy Clerk of Court /s/ Aliesha M. Buckley

(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST
FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF
DOCUMENTS/REQUEST FOR ADMISSIONS

140117-7333-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

PAULETTE GARNETT
     versus
CHRISTOPHER K PUGH, WAGGONERS TRUCKING
INC, PROTECTIVE INSURANCE COMPANY

Case: 734-472   Div: "J"
P 1 PAULETTE GARNETT

To: PROTECTIVE INSURANCE COMPANY
THROUGH SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

EBR#25669 $29.36
SS#25668  $50.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES/WRITTEN REQUEST FOR NOTICE/INTERROGATORIES/REQUEST FOR
PRODUCTION OF DOCUMENTS/REQUEST FOR ADMISSIONS of which a true and correct
copy accompanies this citation, or make an appearance either by filing a pleading or otherwise,
in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within
FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney ALLEN H. BORNE JR and was issued by the Clerk of
Court on the 17th day of January, 2014.

/s/ Aliesha M. Buckley
Aliesha M. Buckley, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES; WRITTEN REQUEST
FOR NOTICE/INTERROGATORIES/REQUEST FOR PRODUCTION OF
DOCUMENTS/REQUEST FOR ADMISSIONS

140117-7333-1

Received: _____   Served: _____   Returned: _____

Service was made:
    ___ Personal     ___ Domicilary _____

Unable to serve:
    ___ Not at this address     ___ Numerous attempts _____ times
    ___ Vacant     ___ Received too late to serve
    ___ Moved     ___ No longer works at this address
    ___ No such address     ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by: _____ # _____
                     Deputy Sheriff
Parish of: _____

I made service on the named party through the Office of the Secretary of State by tendering a copy of this document
TAMMY GLOVER
Baton Rouge, Louisiana
Deputy Sheriff

IMAGED FEB 13 2014

FEB 06 2014

2014 FEB 12 PM 54
FILE FOR RECORD
PARISH OF JEFFERSON
DEPUTY CLERK

CODED

RECEIVED FEB 05 2014
E.B.R. SHERIFF'S OFFICE